UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-15904-BKC-CLC
CHAPTER 11

IN RE:
BISCAYNE BEACH APARTMENTS, LLC
    Debtor.
_____/

**DEBTOR'S MOTION TO AUTHORIZE USE OF CASH COLLATERAL**
(The Debtor requests that the hearing be set on August 21, 2023 at 10:00, which is the same day and time the Application to Employ Michael A. Frank is being heard)

The Debtor, BISCAYNE BEACH APARTMENTS, LLC, moves this Honorable Court for an Order granting Authorization for Use of Cash Collateral and states:

1.    At the time of the filing of the Motion, there was a UCC Financing statement, a copy of which is attached as Exhibit A. Further, there is a mortgage recorded on October 8, 2019 at OR Book 31638 at Page 2277 in the Official Records of Miami Dade County. In paragraph 4 there is an Assignment of Leases clause. A copy of the mortgage is attached as Exhibit B.

2.    The Debtor has an eight unit building, of which four units are rented, one of which has moved, but another tenant will be moving in next week. The other four units are in the middle of renovation. There is a total of $7,200.00, a month in rental income at $1,800.00 each unit.

3.    The Debtor intends to deposit these funds into the Debtor's DIP account and use these funds to pay the Lender pending confirmation of the Debtor's Plan of Reorganization and Disclosure Statement as adequate protection.

4.    The Debtor requests that the hearing be set on August 21, 2023 at 10:00 a.m., which is the same day and time the Application to Employ Michael A. Frank is being heard.

WHEREFORE, the Debtor requests that they be allowed to be authorized to use cash collateral, pursuant to the terms as described above.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to the Martin P Ochs, counsel for the U.S. Trustee at martin.p.ochs@usdoj.gov, Brian S Dervishi, counsel for 842 84 ST LENDER LLC at bdervishi@wdpalaw.com, Peter A Tappert, counsel for 842 84 ST LENDER LLC, at ptappert@wdpalaw.com, and those set forth in the NEF, this 3rd day of August 2023 and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth above and by regular mail to all creditors.

LAW OFFICES OF MICHAEL A. FRANK
& RODOLFO H. DE LA GUARDIA, JR.
Attorneys for the Debtor
2000 Northwest 89th Place, Suite 201
Doral, FL 33172
Telephone (305) 443-4217
Email-Pleadings@bkclawmiami.com

By  /s/ Michael A. Frank
    Michael A. Frank
    Florida Bar No. 339075